No. 40769.—Protests 939689–G, etc., of New York Merchandise Co., Inc., et al. (New York).

Opinion by McClelland, P. J.  On the records presented the protests were overruled.

No. 40770.—Protest 948065–G of Teikoku Co. (Portland, Oreg.).

Opinion by Brown, J.  The evidence showed that the fish roe was cooked and that the wooden casks in which it was contained had tight fitting tops which were air-tight.  The claim at 30 percent under paragraph 721 (d) was therefore sustained.

Before the Third Division, March 7, 1939

No. 40771.—Protest 964786–G of Art E. Weiss Co., Inc. (New York).

Opinion by Cline, J.  There was no appearance on the part of the plaintiff in this case.  On the record presented the protest was overruled.

No. 40772.—Protest 970722–G of Antony Gibbs & Co., Inc. (New York).

Opinion by Evans, J.  From the assistant surveyor's report it was apparent that a clerical error was made in the weight of the merchandise in question. The protest was accordingly sustained.

No. 40773.—Protest 944421–G of KK Importing Corp. (New York).

Opinion by Evans, J.  From the record presented it was found that the plaintiff's remedy was by appeal to reappraisement under section 501, Tariff Act of 1930.  The protest was therefore dismissed.

No. 40774.—Protest 973288–G of H. E. Schwitters & Sons (New York).

Opinion by Evans, J.  On the record presented the protest was overruled.

Before the First Division, March 8, 1939

No. 40775.—Protest 893541–G of J. W. Robinson & Co. (Los Angeles).

Opinion by Sullivan, J.  There was nothing in the record to indicate that the merchandise in question was not chiefly used for the amusement of children and the proof was held insufficient to establish that papier mâché was the component material of chief value in the articles.  The protest was therefore overruled.